443 A.2d 400

Tomchik v. Dawson, et al.

Appeal of: Philip MARINO and The Pittsburgh Press, Co.

Argued September 29, 1981. Dennis St. J. Mulvihill, for appellants; Frank E. Little, for appellee.

Before CAVANAUGH, MONTEMURO and VAN der VOORT, JJ.

Order affirmed.

CAVANAUGH, J., concurred in the result.